# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Hunt v. Davol, Inc., et al.*
Case No. 2:22-cv-1453

## ORDER

On February 27, 2022, Plaintiff Christopher Hunt filed a complaint in this multidistrict litigation ("MDL") (Case No. 22-cv-1101, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Kugel Hernia Patch, a product manufactured by Defendants. (*Id.*) On March 11, 2022, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Kugel Hernia Patch. (ECF No. 1.) On March 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 22-cv-1101. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**4/17/2023**    s/Edmund A. Sargus, Jr.
**DATE**         EDMUND A. SARGUS, JR.
                 UNITED STATES DISTRICT JUDGE